IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP DEWAYNE STEWART                                                  PLAINTIFF
ADC #151956

v.                         No. 4:20-cv-526-DPM

SYLVESTER CALDWELL, Mayor,
City of Pine Lawn, Missouri, and
E. CRAWFORD, Police Clerk, City of
Overland, Missouri                                                      DEFENDANTS

ORDER

Stewart has submitted his § 1983 complaint for filing in this District; but venue lies in the Eastern District of Missouri. *Doc. 2*; 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring this case to that District. 28 U.S.C. § 1406(a). Further, there is no need to delay the transfer because both courts are within the Eighth Circuit. *In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982). The Court therefore directs the Clerk to immediately transfer the entire case file to the United States District Court for the Eastern District of Missouri.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 May 2020